```
UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA       :
                               :
         - v -                 :
                               :     21 Mag 8131 (SLC)
                               :
VICTOR VARGAS,                 :     ORDER
                               :
                               :
         Defendant.            :
------------------------------X
```

Upon the application of the above-captioned defendant, VICTOR VARGAS, by and through his attorney, Neil P. Kelly of the Federal Defenders of New York,

IT IS ORDERED that the above-captioned defendant, VICTOR VARGAS, Federal Register Number 60398-509, currently incarcerated at the Essex County Correctional Facility, be immediately released. Mr. Vargas must report to Pretrial Services within 24 hours of his release for the installation of location monitoring. Signature on the bond may be completed on Mr. Vargas's behalf by counsel. All other conditions of release must be satisfied by August 25, 2021.

                              **SO ORDERED:**

                              */s/ Sarah L. Cave*
                              HONORABLE SARAH L. CAVE
                              United States Magistrate Judge

Dated:   August 19, 2021
        New York, New York